# EXHIBIT A

Hon. Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

I was wrong.

I could say that my actions on January 6th, 2021 were a result of merely being "swept up in the moment", but that would only be half-truth. In reality I knew what I was doing and had a consistent sense that I did not belong there.

Ever since I was 10 years old, I had been excited about public issues. My disinterest in sports made the world of political "teams" one of my hobbies. I spent much of my time researching American history, our governmental system, and the many personalities and roles that make up our legislative system. From the beginning and through my high school years, I knew that one day I would get involved and look to make a change.

College, as for most, was a significant change for me, and early on I was having trouble finding people I could relate to. This anxiety caused me to lean into my political hobby, one of my only comforts, and find a seemingly tight-knit group of friends who called themselves 'America First'. This group appeared to share my desire to get involved in the policy making process of our nation. I joined in 2019 and the more absorbed I became in America First, the more my enthusiasm in both public issues and the world began to dwindle. I was too close to the trees to see the forest, and before I knew it I was fully enveloped in a corrupting organization. This group was not just one of hatred for others, but of self-hatred. Free thinking was discouraged, self improvement was ridiculed, and cardinal sins such as having a job and getting a girlfriend caused ones complete exiling. It was this heinous dehumanization that led many fools like myself to blindly follow the call to attend the rally on January 6th.

Prior to this event, I had attended a number of rallies in Washington DC, all of which followed the same lawful and peaceful pattern. They would begin at one of a few common areas, with a few speakers addressing the massive crowds until they reached an apex in size. After this, the attending group would march towards the government building at issue where they would continue their speeches and lawful protesting. In many ways, January 6th began and followed the same trajectory. My friends and I joined up with the massive crowd standing around the Washington Monument, stayed for a majority of the speeches, and wound-up marching with the thousands heading the same direction we had collectively walked many times in the past. As we finally arrived at the Capitol, however, I could see how different and completely backwards the scene was. It is true that I got 'caught up in the moment', but I believe that serves as a rather weak excuse for what happened. While I didn't engage in any acts of violence or

destruction, I knew walking through those halls that I should not have been there. I'm smarter than that.

My attachment to public issues instilled in me the desire to make some kind of change. I never could have imagined how destructive that change would wind up being. Since that moment I have thought a lot about the decisions I had made to get myself to that point, and the conclusion I came to is that my problems were not around me but rather within me. If I want a better world, I need to make my world a happier and healthier place. I am truly grateful for this entire experience as it taught me to look within when seeking out change.

This mindset shift has significantly affected my life over the past few years. During COVID I felt a severe lack of productivity due to the world slowing down. Realizing my desire to work and be there to support others, I joined my local fire department so that I could occupy myself with building and assisting my community. I did not enjoy my college experience, yet I am someone who traditionally loved learning. I came to understand that my dissatisfaction stemmed not from the academics, but from my disinterest in the partying and hypersocial aspects of college. My solution to this problem was to double down on the schoolwork and stack my schedule until I was able to graduate a year earlier than expected. In 2021 I found myself unfulfilled, depressed, and guilt-ridden. The root cause being my ever-increasing attachment to an immoral and unsuccessful political organization, my solution was to promptly cut ties and move on with my life.

Every good decision of recent memory was a result of reflection, finding the internal root of my problems, and forging the necessary path to make my life and the lives around me better. My life at this moment, although stressful, has culminated more satisfaction than I have ever felt, and I have nothing to thank but the mistakes I've made and the lessons I have learned from them.

My life is good. I have a fulfilling job, a loving family, and supportive friends. I have my firehouse, my gym, my animals, and three weeks from today I will have a beautiful wife. Unlike two years ago, today I can confidently say that I am happy with myself and the path I have walked. The man who sits before you today is one far removed from the mistakes of his past, and I ask the court for leniency in their ultimate decision today. Thank you.

/s/ *Jon Lizak*

Jon Lizak