# EXHIBIT D

Hon. Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Kollar-Kotelly

I am writing to you today to provide character witness testimony on behalf of Jon Lizak. I have known Jon for three years now, and I can confidently say he is a good person with a strong moral character.

My older sister Taylor introduced me to Jon in 2020 when they started dating. Jon came to Colorado to visit her, and I immediately recognized how happy he made my sister and how much my parents adored him. Ever since I have enjoyed getting to know Jon and witnessing his exceptional character and dedication. Over the years, Jon has been like the older brother I never had. He has taught me many things and helped me become the person I am today. I have seen the love he has to offer my older sister and his efforts to become closer and love my family. In every circumstance, he continuously shows kindness, understanding, and compassion. Not only is he a caring man in our family, but he also serves as an example to everyone who knows him. Jon has played a significant and transformative role in my spiritual journey by introducing me to Catholicism. From the beginning, he welcomed my questions and clearly explained Catholic beliefs and traditions. Through his example, I witnessed the importance of prayer, community, and service to others in living a fulfilling Christian life. More than just teaching me about Catholicism, Jon exemplified the core values of the religion: love, compassion, and forgiveness. His influence has strengthened my relationship with God and deepened our bond as family members. Since Jon proposed to my sister last October, my family has been ecstatic to welcome a man like Jon into our family.

I have witnessed Jon's genuine commitment to personal growth. I respectfully request that you consider Jon Lizak's character when making your sentencing decision. Thank

you for taking the time to view my perspective, and I trust that you will make a fair and just decision in this matter. I am more than willing to provide additional information or support as needed.

Sincerely,
Reece Bandemer