

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

October 17, 2023

<u>Via ECF</u>
Hon. Colleen Kollar-Kotelly
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    Re: <u>United States v. Lizak</u>
       23-CR-00163-CKK

Dear Judge Kollar-Kotelly:

  As Your Honor recalls, I represent Mr. Lizak who was sentenced by the Court on October 13, 2023. The Court will recall that during the sentencing proceeding, I made application that Lizak be permitted to travel out of the United States in November of 2023. Your Honor granted the application and requested that I forward a proposed Order to the Court for consideration.

  I enclose the Order and respectfully request that it be endorsed by the Court.

  Thank you for your consideration.

              Very truly yours,

              /s/ *Kevin J. Keating*

              KEVIN J. KEATING

KJK/dg
Enc.

cc: AUSA Joseph Huynh

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,                          23-CR-00163-CKK

**ORDER**

- against -

JON LIZAK,

                     Defendant.
-------------------------------------------------------------------X

IT IS HEREBY ORDERED, as follows:

1. On October 13, 2023, Jon Lizak was sentenced by this Court to a 36 month term of Probation;

2. Jon Lizak shall be permitted to travel from the United States to Italy from November 5, 2023, to November 21, 2023;

3. The United States Probation Department shall return Mr. Lizak's passport to him prior to November 5, 2023, for the sole purpose of facilitating Mr. Lizak's trip to Italy, as set forth herein. Mr. Lizak shall return his passport to the United States Probation Department no later than November 23, 2023.

SO ORDERED:

_____
Hon. Colleen Kollar-Kotelly