# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br> v.<br>JON LIZAK,<br>   Defendant. | Criminal Action No. 23-163 (CKK) |

## ORDER
(December 7, 2023)

Pending before this Court is Defendant's [82] Motion to Temporarily Modify Conditions of Supervision to permit Mr. Lizak to travel to Colorado from December 20, 2023 to December 26, 2023, to visit his wife's family in Loveland, Colorado. The Government having no opposition to this Motion, it is this 7th day of December, hereby

ORDERED that Defendant's [82] Motion is GRANTED, and Defendant's travel is permitted.

              /s/
              COLLEEN KOLLAR-KOTELLY
              UNITED STATES DISTRICT JUDGE